LARA R. SHAPIRO (State Bar No. 227194)
4145 Via Marina # 324
Marina del Rey, CA 90292
Telephone:  (310) 577-0870
Facsimile:  (424) 228-5351

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Marva Horn

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marva Horn,<br><br>    Plaintiff,<br><br>vs.<br><br>Cavalry Portfolio Services, LLC; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 2:11-cv-00182-SVW -PJW<br><br>**AMENDED NOTICE OF SETTLEMENT** |

Please take notice that the parties have settled this case and Plaintiff anticipates filing a voluntary dismissal within thirty (30) days.

DATED: March 17, 2011                LEMBERG & ASSOCIATES, LLC


By: /s/  Lara R. Shapiro
       Lara R. Shapiro, *of counsel*

Attorney for Plaintiff, Marva Horn