LARA R. SHAPIRO (State Bar No. 227194)
4145 Via Marina # 324
Marina del Rey, CA 90292
Telephone:  (310) 577-0870
Facsimile:  (424) 228-5351

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Marva Horn

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| Marva Horn, | Case No.: CV11 0182 JC |
|---|---|
| Plaintiff, | **VOLUNTARY WITHDRAWAL** |
| vs. | |
| Cavalry Portfolio Services, LLC; and DOES 1-10, inclusive, | |
| Defendants. | |

# NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE <u>PURSUANT TO RULE 41(a)</u>

Marva Horn ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Plaintiff
 <u>/s/ Lara Shapiro</u>

LARA SHAPIRO
Attorney for Plaintiff


IT IS SO ORDERED:

_____

Honorable _____